# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JERRY MOORE

NO. 2024 KW 1223

**FEBRUARY 24, 2025**

---

In Re:    Jerry Moore, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          355706-1.

---

**BEFORE:    McCLENDON, C.J., LANIER AND BALFOUR, JJ.**

  **WRIT DENIED.**

                              PMc
                              WIL
                              KEB

COURT OF APPEAL, FIRST CIRCUIT

_____
     DEPUTY CLERK OF COURT
         FOR THE COURT